FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
2025 OCT 13 PM 4: 15
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

CASE NO.: 25A 09722-6

**PLAINTIFF:**
Kevisha C. Drew
3401 Inns Brook Way
Snellville, GA 30039

**VS.**

**DEFENDANT:**
Airbnb, Inc.
888 Brannan Street
San Francisco, CA 94103

## Complaint for Damages – Negligence, Assault, and Emotional Distress

Plaintiff respectfully brings this Complaint seeking damages in excess of $2,500,000.00 against Defendant Airbnb, Inc. for gross negligence, breach of contract, emotional distress, and failure to protect. While staying in a Zanzibar, Tanzania accommodation booked through Airbnb in November 2024, Plaintiff was assaulted, robbed, and harassed. Airbnb failed to ensure safety, refused full compensation, and required payment for the stay despite the traumatic event. Plaintiff seeks justice, restitution, and punitive damages to deter similar negligence in the future.

**Signature:** [signature]
**Print Name:** Kevisha Drew
**Address:** 3401 Inns Brook way Snellville GA 30039
**Phone Number:** 678-577-1039
**Email Address:** Drewkevisha@yahoo.com